### 21550. JENKINS *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and, as the motion for a new trial was based on the usual general grounds only, the judgment must be
*Affirmed.* *Luke, J., concurs.* *Bloodworth, J., absent on account of illness.*
DECIDED JUNE 19, 1931.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.